

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE MATTER OF THE GUARDIANSHIP OF LYNNE SHIRLEY PAXTON, AN INCAPACITATED PERSON, | § § § § | No. 08-14-00311-CV<br><br>Appeal from the<br><br>Probate Court No. 2 |
| Appellant. | § § § | of El Paso County, Texas<br><br>(TC# 2010-G00204-A) |

## **O R D E R**

The Court GRANTS the Appellant's motion to reinstate appellate deadlines.

Therefore the Court ORDERS that the appeal is reinstated, the appellate timetable suspension is lifted and the Clerk's Record is now due in this Court on or before May 9, 2015.

IT IS SO ORDERED this 9th day of April, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.